IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS


JUNE FORTIS,
    Plaintiff,

vs.                                                         Case No. 07-1351-JTM

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,
    Defendant.


## MEMORANDUM AND ORDER

In accordance with the order of remand and judgment of the Tenth Circuit in this case filed August 17, 2009, this case is remanded for further administrative proceedings, consistent with the Commissioner's concessions of error, and pursuant to 42 U.S.C. §405(g).

IT IS ACCORDINGLY ORDERED this 15th day of September, 2009, that the case is remanded.


                                                s/ J. Thomas Marten
                                                J. THOMAS MARTEN, JUDGE